IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CIARA LUCAS KING,

      Appellant,

v.

                                              Case No. 5D21-2006
LT Case Nos. 2020-CF-000309-A
                        2020-CF-000403-A

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed September 23, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Susan A. Fagan, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and sentence in case number 2020-CF-000403-A.

However, the written sentence in case number 2020-CF-000309-A is a general sentence because it renders one sentence for the entire case rather than a separate sentence on each count. *See Parks v. State*, 765 So. 2d 35, 35–36 (Fla. 2000); *Munoz v. State*, 218 So. 3d 459, 459 (Fla. 5th DCA 2017) ("The sentence on all the counts is an illegal general sentence." (citation omitted)).

We therefore reverse and remand for the trial court to correct the general sentence in case number 2020-CF-000309-A.

AFFIRMED in part; REVERSED in part; and REMANDED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).